IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

                              Case No.: 1:24-CV-00007-ELR

        Plaintiff,

   v.

MACY'S, INC.,
A Foreign profit Corporation,
d/b/a Macy's,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 1st day of March, 2024.

                              *s/ Matthew N. Pope*
                              Matthew N. Pope
                              Georgia Bar No. 584216
                              **MATTHEW N. POPE, P.C.**
                              900 2nd Avenue
                              Columbus, Georgia 31902
                              Tel.: (706) 324-2521
                              matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March, 1, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope
