## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL ESTRADA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:24-CV-00007-ELR |
| | * | |
| MACY'S, INC., | * | |
| a Foreign Profit Corporation | * | |
| doing business as Macy's, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**
_____

On March 1, 2024, the Parties in this case filed a "Notice of Settlement" by which they represent that they have reached a settlement in principle and request a stay of all deadlines to finalize their settlement. [Doc. 6]. Upon consideration, the Court **GRANTS IN PART AND DENIES IN PART** the Parties' joint motion. [Doc. 6]. Specifically, the Court **GRANTS** the Parties' request for a stay of all deadlines in this action but **DENIES** the Parties' request insofar as the Court declines to maintain this case on the Court's active docket during that time. Instead, for good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY**

**CLOSE** this case.[1]  The Court **ORDERS** the Parties to file a status update or notice or stipulation of dismissal within thirty (30) days.  If settlement fails, the Parties should promptly move to reopen the case.  The Court **DIRECTS** the Clerk to resubmit this matter to the undersigned after thirty (30) days.

      **SO ORDERED**, this 12th day of March, 2024.

                                              _Eleanor L. Ross_
                                              Eleanor L. Ross
                                              United States District Judge
                                              Northern District of Georgia

---

[1] The Court notes that administrative closure will not prejudice the rights of any Party to this litigation.  A Party need only file a motion to reopen the case if they so choose.